AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| HERA PRINT, INC., a California corporation<br><br>*Plaintiff(s)*<br><br>v.<br><br>9AEM SHARP FASHION BOUTIQUE, LLC, a South Carolina limited liability company; INSTASTYLED, a business entity of form unknown; APSAVINGS FASHIONS, a Texas business (con't on pgs. 3 & 4)<br><br>*Defendant(s)* | Civil Action No. 2:23-cv-04502 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* 9AEM SHARP FASHION BOUTIQUE, LLC, a South Carolina limited liability company; INSTASTYLED, a business entity of form unknown; AP SAVINGS FASHIONS, a Texas business entity of form unknown; BAY GIFT SHOP, a Pennsylvania business entity of form unknown; BAY TRENDY SHOP, a Washington business entity of form unknown; ENCHANTED BREW AND A WILDFLOWER LLC, an Alabama limited liability company; HADASSAH'S BELLE BOUTIQUE, a business entity of form unknown; KARANUBE, a Latvian business entity; WENDY LEE ROAHRIG, an individual d/b/a KEENE'S; WALMART, INC., a Delaware corporation; NYOS, LLC, a Missouri limited liability company d/b/a SHOPNYOS.COM; ZORELLE CLOTHING CO INC., a Canadian corporation; YOSETE, a business entity of form unknown; and DOES 1 through 10

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Trevor W. Barrett, Esq.
> Kelsey M. Schultz, Esq.
> DONIGER / BURROUGHS
> 603 Rose Avenue
> Venice, CA 90291

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-04502

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER/BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERA PRINT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>9AEM SHARP FASHION BOUTIQUE, LLC, a South Carolina limited liability company; INSTASTYLED, a business entity of form unknown; APSAVINGS FASHIONS, a Texas business entity of form unknown; BAY GIFT SHOP, a Pennsylvania business entity of form unknown; BAY TRENDY SHOP, a Washington business entity of form unknown; ENCHANTED BREW AND A WILDFLOWER LLC, an Alabama limited liability company; HADASSAH'S BELLE BOUTIQUE, a business entity of form unknown; KARANUBE, a Latvian business entity; WENDY LEE ROAHRIG, an individual d/b/a KEENE'S; WALMART, INC., a Delaware corporation; NYOS, LLC, a Missouri limited liability company d/b/a SHOPNYOS.COM; ZORELLE CLOTHING CO INC., a Canadian corporation; YOSETE, | Case No.:<br><br>PLAINTIFF'S COMPLAINT FOR:<br><br>1. COPYRIGHT INFRINGEMENT<br><br>2. VICARIOUS AND/OR CONTRIBUTORY COPYRIGHT INFRINGEMENT<br><br>**Jury Trial Demanded** |

1
COMPLAINT

a business entity of form unknown; and DOES 1 through 10,

Defendants.

Plaintiff, HERA PRINT, INC. ("Hera" or "Plaintiff"), by and through its undersigned attorneys, complains and alleges against Defendants as follows:

### NATURE OF ACTION

1. Plaintiff seeks injunctive relief and damages stemming from Defendants', 9AEM SHARP FASHION BOUTIQUE, LLC ("9AEM"), INSTASTYLED ("Instastyled"), APSAVINGS FASHIONS ("APSavings"), BAY GIFT SHOP ("Bay Gift"), BAY TRENDY SHOP ("Bay Trendy"), ENCHANTED BREW AND A WILDFLOWER LLC ("Enchanted Brew"), HADASSAH'S BELLE BOUTIQUE ("Hadassah"), KARANUBE ("Karanube"), WENDY LEE ROAHRIG ("Keene's"), WALMART, INC. ("Walmart"), NYOS, LLC ("ShopNyos"), ZORELLE CLOTHING CO INC. ("Zorelle"), YOSETE ("Yosete"), and DOES 1-10 (collectively "Defendants"), acts of copyright infringement in violation of the laws of the United States of America.

### JURISDICTION AND VENUE

2. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

3. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

4. The Court has personal jurisdiction over Defendants and each of them because Defendants have purposefully directed their unlawful conduct to this judicial district and have conducted substantial business in this judicial district.

5. Venue is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise